UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JULIA DURBECK, individually and on behalf of all others similarly situated, | ) ) | Case No. 1:20-cv-10985-WGY |
| | ) | |
| Plaintiff, | ) | **ORAL ARGUMENT REQUESTED** |
| | ) | |
| v. | ) | |
| | ) | |
| SUFFOLK UNIVERSITY, | ) | |
| | ) | |
| Defendant. | | |

### DEFENDANT SUFFOLK UNIVERSITY'S
### MOTION TO DISMISS

Defendant Suffolk University hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all counts in the Amended Complaint of Plaintiff Julia Durbeck, filed on behalf of herself and all others similarly situated in the above-captioned action.  For the reasons set forth in the accompanying memorandum of law, Suffolk University respectfully requests that the Court grant this Motion to Dismiss in its entirety and dismiss the Amended Complaint.

### REQUEST FOR ORAL ARGUMENT

Suffolk University respectfully requests oral argument in connection with its Motion to Dismiss the Amended Complaint.

DATED:  October 29, 2020

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By */s/ Kathleen M. Sullivan*

Kathleen M. Sullivan (BBO No. 551053)
Shon Morgan (*pro hac vice*)
Crystal Nix-Hines (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100
kathleensullivan@quinnemanuel.com
shonmorgan@quinnemanuel.com
crystalnixhines@quinnemanuel.com

Harvey Wolkoff (BBO No.532880)
Phillip Syers (BBO No. 699241)
111 Huntington Ave., Suite 520
Boston, MA 02199-3600
Telephone:     (612) 712-7100
Facsimile:     (612) 712-7200
harveywolkoff@quinnemanuel.com

*Attorneys for Defendant,*
*Suffolk University*

## LOCAL RULE 7.1 CERTIFICATION

I certify that defendant complied with the provisions of Local Rule 7.1 by conferring with counsel for Julia Durbeck on October 29, 2020.  The parties were unable to agree with respect to the issues raised in defendant's motion to dismiss, and are thus at an impasse and require the Court's assistance to resolve the dispute.

Dated:  October 29, 2020

*/s/ Kathleen M. Sullivan*
Kathleen M. Sullivan

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 29, 2020

<div style="margin-left: 40%;">

*/s/ Kathleen M. Sullivan*
Kathleen M. Sullivan

</div>