UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  SUFFOLK UNIVERSITY COVID
REFUND LITIGATION
_____

Master File No.: 1:20-cv-10985-WGY

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## <u>DECLARATION OF ROY T. WILLEY, IV</u>

I, Roy T. Willey, IV, declare as follows:

1.      I am a licensed attorney and counsel for Plaintiff Julia Durbeck in the above-captioned matter.

2.      I have personal knowledge of the facts stated below.  If called upon to do so, I could and would competently testify thereto.

3.      I am making this Declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

4.      I have served as lead counsel in hundreds of complex cases and maintain an active trial practice of actually trying cases to verdict.

5.      Attached hereto as Exhibit 1 is a true and correct copy of the firm résumé of the Anastopoulo Law Firm.

6.      Relevant to this litigation, myself or my firm have been named as lead or co-lead counsel in the following actions:

      a.   *In re Columbia University Tuition Refund Litigation*, 1:20-cv-03208-JMF (S.D.N.Y.);

      b.   *Ford v. Rensselaer Polytechnic Institute*, Case No. 1:20-cv-00470 (N.D.N.Y);

      c.   *Espejo v. Cornell University*, Case No. 3:20-cv-00467 (N.D.N.Y);

    d.   *Bergeron v. Rochester Institute of Technology*, Case No. 6:20-cv-06283 (W.D.N.Y);

    e.   *In re: University of Miami COVID-19 Tuition and Fee Refund Litigation*, Case No. 0:20-cv-60851 (S.D. Fla.);

    f.   *Qureshi v. American University*, Case No. 1:20-cv-01141 (D.D.C.);

    g.   *Montesano v. The Catholic University of America*, Case No. 1:20-cv-01496 (D.D.C.);

    h.   *Ryan v. University of Temple*, Case No. 21-2016 (3rd Cir.);

    i.   *Levin v. Board of Regents of the University of Colorado*, 2020CV31409 (Dist. Ct. Denver); and

    j.   *Alderman v. The Board of Governors of the Colorado State University System*, 2020CV31410 (Dist. Ct. Denver).

7.     I am currently overseeing the litigation of over 30 like cases across the country. Myself and my firm have been at the forefront of the college refund litigation nationally.

8.     My firm received the first federal appellate decision in the college refund cases. After I personally appeared and argued on behalf of Plaintiffs, the D.C. Circuit Court of Appeals revived portions of the suit. *Qureshi v. American University*, Case No. 21-7064 (D.C. Cir. 2022) (consolidated with *Mark Shaffer, et al v. George Washington University*, Case No. 21-7040 (D.C. Cir. 2022). The Court reversed as to Plaintiffs' implied-in-fact contract claims with respect to tuition, some of the fees at issue, and Consumer Protection Procedures Act cause of action. *Id*.

9.     Due to my experience, I have been asked to be a frequent lecturer and lawyer educator in the areas of complex litigation, civil procedure, e-discovery and ethics. My presentations have ranged from certification issues in collective and class actions to state trial lawyers conference including sitting members of the judiciary, to top trial strategies and top ethics challenges involving duties to prospective clients as a nationally available CLE. For all my

experience and efforts, I have been named among *America's Top 100 High Stakes Litigators*, *a Super Lawyers Rising Star*, *National Top 10 Under 40*, and have been repeatedly recognized for both my community and professional involvement.

10.    Anastopoulo Law Firm is headquartered in Charleston, South Carolina.  Our firm focuses solely on civil litigation matters and in 2019 alone, recovered nearly $60,000,000 on behalf of our clients.

11.    Anastopoulo Law Firm currently employs over 100 dedicated professionals, including 28 attorneys who are collectively licensed to practice in over a dozen state and federal bars across the country.

12.    In addition, Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict.  For this purpose, our firm employs four full time investigators, and maintains an internal mock trial program that allow us to test and develop theories and case strategies from the outset.

13.    We also have the in-house capability to arrange and conduct external focus groups, which we do on a regular basis.

14.    Specific to tuition and fee refund litigation, our firm has assembled an in-house team of five lawyers, together with dedicated support staff, who are working exclusively on such cases, and our firm has set aside the resources necessary to grow this team as needed.  Collectively, the team has already spent over 18,000 hours specific to the tuition refund litigation nationwide.

15.    With respect to tuition refund litigation generally, the Anastopoulo Law Firm filed what is believed to be the second such lawsuit anywhere in the nation on April 8, 2020 and thereafter filed the third, fifth and sixth complaints of this type nationally.  Since that time, our team has been contacted by thousands of students throughout the country.  Currently, our firm has

over 30 such cases pending throughout the country in various state and federal courts, and is in contact with hundreds of students at those schools.

16.     Our firm's participation in such cases nationally creates a tremendous economy of scale that will benefit the Classes.  Such scale will enable us to streamline such things as discovery requests, briefings, saving time and reducing ultimate costs to the Classes.

17.     Our firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.  Anastopoulo Law Firm is willing to commit whatever resources are necessary to adequately represent the Classes in this matter.

18.     I or my firm have done the following with respect to this matter:

    a.  Investigated potential legal claims arising from Defendant's closure of its campus and failure to provide in-person classes during the Spring 2020 semester;

    b.  Reviewed and analyzed numerous articles describing Defendant's challenged conduct, and conduct of other colleges and universities;

    c.  Reviewed and analyzed Defendant's website;

    d.  Reviewed and analyzed Defendant's policies, student handbooks, and course catalogs;

    e.  Conferred with potential consulting experts regarding the technical aspect of Defendant's conduct;

    f.  Reviewed an analyzed Defendant's initial production of documents;

    g.  Investigated the nature of the challenged conduct at issue by reviewing social media, message boards, and websites;

    h.  Reviewed and analyzed the public comments and statements made by Defendant related to the challenged conduct at issue;

    i.  Investigated the adequacy of the named Plaintiff to represent the putative classes;

    j.  Drafted the class action complaint in this action;

    k.  Drafted the amended complaint in this action;

    l.  Assisted the named Plaintiff in drafting responses to Defendant's discovery requests; and

    m.  Drafted the present motion.

19.    I am well-positioned to serve as lead counsel in view of my extensive experience successfully litigating and trying complex cases like this one.

20.    For the reasons stated above, I submit that appointment of Anastopoulo Law Firm, LLC as class counsel is in the best interest of the proposed classes.


    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st Day of March 2022, in Charleston, South Carolina

                      */s/ Roy. T. Willey, IV*
                      Roy T. Willey, IV
                      Anastopoulo Law Firm, LLC
                      32 Ann Street
                      Charleston, SC 29403
                      Phone: (843) 614-8888
                      Email: roy@akimlawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 21, 2022.

/s/ David Pastor
David Pastor

# ANASTOPOULO
## LAW FIRM

COLLEGE / UNIVERSITY
REFUND LITIGATION



| North Carolina | South Carolina | California |
|---|---|---|
| Wilmington, Charlotte | Charleston, N. Charleston<br>Columbia, Greenville<br>Florence, Myrtle Beach | Los Angeles |

# Firm Statement Relevant to This Litigation

Anastopoulo Law Firm filed the first wave of university tuition and fee refund litigation in the nation, with the first cases being filed in early April 2020, just as announcements came from universities about their refusal to rebate or refund any money back to student consumers.  Commensurate with its 25-year track record of only taking on litigation its attorneys truly believe in, Anastopoulo Law Firm is highly selective in its class and mass tort-based litigation.  Since taking on the college and university refund litigation, Anastopoulo Law Firm is believed to have filed more national class actions in more jurisdictions than any other single firm.  Currently, Anastopoulo Law Firm has roughly 40 putative class action college and university tuition and fee refund cases pending in at least 15 different states.  This is not just another group of cases in a portfolio for Anastopoulo Law Firm; this is a national cause to ensure that our college and university students are treated fairly and not taken advantage of during this turbulent time.

Anastopoulo Law Firm does not hope simply to push these cases towards a quick settlement, but will prosecute the actions on behalf of the students as if they are going to trial, and will be prepared to take them to trial if resolution is not proposed on fair terms to the student consumers.  This case will get specialized attention, and be fully funded. No stone will be left unturned.

# Statement of Firm Resources

In 2020 alone, the Anastopoulo Law Firm recovered over $60,000,000 on behalf of its clients. The Anastopoulo Law Firm employs over 100 dedicated legal professionals, including 25+ attorneys.  In addition, the Anastopoulo Law Firm is among the remaining

few firms nationally that regularly tries cases to verdict. For this purpose, the Firm employs four full time investigators, and maintains an internal focus group and mock trial program that allow it to test and develop theories and case strategies from the outset.

Specific to tuition refund litigation, the Anastopoulo Law Firm has assembled an in-house team of five lawyers who are working exclusively on such cases, and has set aside the resources necessary to grow this team as needed. Collectively, the team has already invested over 15,000 hours on research, drafting, and filings specific to the tuition refund litigation nationwide.

The Anastopoulo Law Firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.  Anastopoulo Law Firm is willing to commit whatever resources are necessary to adequately represent the Class in this matter.

# **Relevant Leadership Appointments**

The leadership team representing Anastopoulo Law Firm in this action has already been appointed Lead or Co-Lead Counsel in the *In Re Columbia University Tuition Refund Litigation*, 1:20-cv-03208-JMF (S.D.N.Y.); *In Re: University of Miami COVID-19 Tuition and Fee Refund Litigation, 20-cv-60851-CIV-SINGAL (S.D. Fla.); Montesano v. Catholic University of America*, 1:20-cv-01496 (D.D.C.); *Faber v. Cornell University*, 3:20-cv-00467-MAD-ML (N.D.N.Y.); *Bergeron v. Rochester Institute of Technology*, 6:20-cv-06283-CJS (W.D.N.Y.); *Levin v. Bd. of Regents of University of Colorado*, Case No. 20 CV31409 (St. Ct. Denver Co.); and *Alderman v. Bd. of Governors of Colorado State Univ.*, 2020CV031410 (Dist. Ct. Denver Co.)

# **Relevant Representative Cases**

| Date Filed | University / College | Case | Court Pending | Case No. |
|---|---|---|---|---|
| 4/8/2020 | Drexel University | *Rickenbaker et al. v. Drexel University* | Eastern District of Pennsylvania | 20-cv-03353 |
| 4/8/2020 | University of Miami | *In re: University of Miami Covid-19 Tuition and Fee Litigation* | Southern District of Florida | 20-cv-60851 |
| 4/15/2020 | University of Colorado | *Levin v. The Board of Regents of the University of Colorado* | District Court, City and County of Denver, Colorado | 2020-cv-31409 |
| 4/23/2020 | Pace University | *Xaviera Marbury v. Pace University* | Southern District of New York | 20-cv-03210 |
| 4/23/2020 | Manhattan College | *Czigany Beck v. Manhattan College* | Southern District of New York | 20-cv-03229 |
| 4/25/2020 | Cornell University | *Faber  v. Cornell University* | Northern District of New York | 20-cv-00467 |
| 4/25/2020 | Rensselaer Polytechnic Institute | *Morgan Ford v. Rensselaer Polytechnic Institute* | Northern District of New York | 20-cv-00470 |
| 4/29/2020 | Boston University | *In Re: Boston University COVID-19 Refund Litigation* | District of Massachusetts | 20-cv-10827 |
| 4/30/2020 | University of Pennsylvania | *Smith et al. v. University of Pennsylvania* | Eastern District of Pennsylvania | 20-cv-02086 |
| 4/30/2020 | The Pennsylvania State University | *Ramey v. The Pennsylvania State University* | Western District of Pennsylvania | 20-cv-00753 |
| 5/1/2020 | American University | *Qureshi v. American University* | District Court for the District of Columbia | 21-7064 |
| 5/1/2020 | Rochester Institute of Technology | *Nicholas Bergeron v. Rochester Institute of Technology* | Western District of New York | 20-cv-06283 |

| | | | | |
|---|---|---|---|---|
| 5/5/2020 | Pennsylvania College of Technology | *Michael James Lawson, Jr. and Tara Lawson v. Pennsylvania College of Technology* | Court of Common Pleas – Philadelphia County | 21010478 |
| 5/5/2020 | Temple University | *Ryan v. Temple University* | Eastern District of Pennsylvania | 21-2016 |
| 5/6/2020 | Indiana University | *Justin Spiegel v. The Trustees of Indiana University* | Monroe Circuit Court | 21-CT-175 |
| 5/13/2020 | Kean University | *Mueller, et al  v. Kean University* | Superior Court of New Jersey | A-001843-20 |
| 5/14/2020 | University of Rhode Island | *Thomson v. Board of Trustees of the University of Rhode Island* | District of RI | 1:20-cv-00295 |
| 5/15/2020 | University of Massachusetts | *Spencer Holmes and Student B v. University of Massachusetts* | Superior Court - Suffolk County | 2084-cv-01025 |
| 5/20/2020 | Purdue University | *Elijah Seslar v. The Trustees of Purdue University* | Tippecanoe Circuit Court | 79D02-2005-PL-000059 |
| 5/20/2020 | Illinois Institute of Technology | *Omar Hernandez v. Illinois Institute of Technology* | Northern District Illinois | 1:20-cv-03010 |
| 5/21/2020 | Roger Williams University | *Jeremy Simmons-Telep v. Roger Williams University* | District of Rhode Island | 1:20-cv-00226 |
| 5/21/2020 | Suffolk University | *Julia Durbeck v. Suffolk University* | District of Massachusetts - Boston | 1:20-cv-10985 |
| 5/22/2020 | UNC System | *Deena Dieckhaus, et al v. Board of Governors of the University of North Carolina* | Superior Court of Orange County NC | 20-cv-000564 |
| 5/29/2020 | Brandeis University | *Alan Thomas Omori and John Doe v. Brandeis University* | District of Massachusetts - Boston | 1:20-cv-11021 |
| 6/5/2020 | Baylor University | *Allison King v. Baylor University* | Western District of Texas | 21-50352 |
| 6/9/2020 | University of Nevada | *Kelsie Ballas v. State of* | Nevada | CV20-00922 |

| | | *Nevada et al.* | District Court | |
|---|---|---|---|---|
| 6/11/2020 | The Catholic University of America | *Montesano v. The Catholic University of America* | District Court for the District of Columbia | 1:20-cv-01496 |
| 6/16/2020 | Louisiana State University | *Michael Miazza v. Board of Supervisors of Louisian State University and Agricultural and Mechanical College* | 19th Judicial District Court – East Baton Rouge Parish, Louisiana | C-69691824 |
| 7/21/2020 | St. John's University | *Brian Gallagher v. St. John's University* | Eastern District of New York | 1:20-cv-3274 |
| 7/26/2020 | Syracuse University | *Julian Minichelli v. Syracuse University* | Northern District of New York | 5:20-cv00839 |
| 7/29/2020 | University of Pittsburgh | *Hickey et al. v. University of Pittsburgh* | Western District of Pennsylvania | 2:20-cv-00690 |
| 8/31/2020 | Long Island University | *Moore v. Long Island University* | Eastern District of New York | 2:20-cv-03843 |
| 9/10/2020 | Colorado State | *Alderman  v. Board of Regents of Colorado State University* | District Court, City and County of Denver, Colorado | 2020-cv-31410 |
| 10/22/2020 | University of New Haven | *Wnorowski v. University of New Haven* | Connecticut District Court | 3:20-cv-01589 |
| 12/1/2020 | American Institute for Foreign Study, Inc. | *Huth v. American Institute for Foreign Study, Inc.* | Connecticut District Court | 3:20-cv-01786 |
| 12/14/2020 | University of Delaware | Russo v. University of Delaware | Delaware District Court | 1:20-cv-01693 |
| 1/12/2021 | Manhattanville College | *Laudati v. Manhattanville College* | Southern District of New York | 7:21-cv-00272 |
| 3/9/2021 | Touro College and University System | *Yodice v. Touro College and University System* | Southern District of New York | 1:21-cv-02026 |
| 6/7/2021 | New York University | *Nelcy Mabel Garcia De León v. New York University* | Southern District of New York | 21-cv-5005 |

# Other Class and Mass Action Experience

The Firm's founding member, Akim Anastopoulo, has been representing Plaintiffs for the majority of his over 30 years of practice, and has extensive experience in mass and class actions.

Anastopoulo Law Firm represented over 500 potential claimants in the In Re: Vioxx Products Liability Litigation, 2:05-md-01657-EEF-DEK.  Likewise, the Firm represented over 1,000 claimants in the In Re Baycol Prods.. Liab.. Litig., MDL No. 1431, Case No. 02-0160 (MJD/SRN) and State Actions Consolidated Under THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT Master File No.: 2002-CP-43-1041, where Mr. Anastopoulo served as lead counsel on two state bellwether cases.

Mr. Anastopoulo also served as joint lead counsel on multiple state cases that were eventually consolidated to a state class action regarding In Re OxyContin Products Liability Class Action, and served as sole lead counsel in South Carolina's first opioid state action, Ken Love, et al Civil Action No.: O1-CP-38-1059 (SC) vs. Purdue Pharma A, L.P, et. al.

Mr. Anastopoulo also served on the Daubert Submissions committee for the Thimerosal Litigation MDL and represented hundreds of individual clients in In Re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig., 2000 U.S. Dist. LEXIS 12275, *47-48 (D. Pa. 2000).

# Anastopoulo Law Firm's Roster of Attorneys

The leadership team representing Anastopoulo Law Firm in this action leads the nation's trial bar in areas as diverse as insurance contract law and professional negligence, having recovered over $58 million for clients in the last year alone. The team also serves

in various national, state, and local leadership positions in an effort to give back to their communities.

Recognized among *America's Top 100 High Stakes Litigators,* by *Super Lawyers* and receiving top verdicts year after year in their respective jurisdictions, the attorneys of Anastopoulo Law Firm are respected legal advocates who are known for aggressive and compassionate representation and who leave no stone unturned on behalf of their clients.



### Eric M. Poulin

Email: Eric@akimlawfirm.com

**Education**
Presbyterian College, B.S.
Charleston School of Law, J.D., *magna cum laude*

Eric Poulin is the Director of Litigation at Anastopoulo Law Firm, responsible for managing all litigation practice groups.  Eric also serves as co-chair of the firm's College University Litigation Team, where he brings his leadership style known for aggressive representation and creative litigation solutions to bear for clients across the country.

Eric has tried multiple cases to verdict, resulting in over $60,000,000 in single event personal injury jury verdicts.  Licensed in California, Georgia, North Carolina, and South Carolina, together with many Federal District Courts, Eric has litigated hundreds or thousands of cases through settlement or verdict and has recovered over $100,000,000 for his clients over the course of his career.  Eric has also handled appellate cases in the South Carolina Court of Appeals, the South Carolina Supreme Court, and the 4th Circuit Court of Appeals.

In 2016, Eric was tapped by the South Carolina Supreme Court to record a video CLE on insurance law as part of the State Bar's "Essentials" series that is required viewing for all new admittees to the Bar.

Eric is a member of the South Carolina Association of Justice and the American Association of Justice.  Eric has been featured in South Carolina Lawyers Weekly's yearly top 10 verdicts and settlements profile for 3 of the last 4 years.  In 2014, Eric was featured

in the U.S. Verdicts' "Top 100" national verdicts report.  Eric is a Super Lawyers' Rising Star, a National Trial Lawyers' Top 40 Under 40 recipient, and two-time National Academy of Professional Injury Attorneys' Top 10 Under 40 recipient.

Eric is also a leading innovator and strong advocate for utilizing technology to further the practice of law and better represent his clients.  Eric has written and lectured on the topic of utilizing technology at trial to present stronger cases to juries and has led his Law Firm's push to "go digital."  This has resulted in increased efficiency across the board, lower costs, and better results for clients.

**Bar Admissions**

- State Bar of California
- State Bar of Georgia
- State Bar of North Carolina
- State Bar of South Carolina

- District of South Carolina
- Eastern District of North Carolina
- Middle District of North Carolina
- Western District of North Carolina
- Central District of California
- Northern District of California
- Northern District of New York
- District of Colorado
- Northern District of Illinois General Bar
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 2nd Circuit Court of Appeals
- 4th Circuit Court of Appeals
- 8th Circuit Court of Appeals
- 11th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation

- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Cases Pending in MDL**

- Incretin Mimetics MDL (Southern District of California)
- Xarelto MDL (Eastern District of Louisiana)
- Talcum Powder MDL (District of New Jersey)
- Roundup MDL (Northern District of California)

**Selected Professional Awards & Recognition**

| | |
|---|---|
| 2014 | TOP 100 U.S. VERDICTS |
| 2016-18 | SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS |
| 2017 | SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS |
| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2019 | NAT'L TRIAL LAWYERS TOP 40 UNDER 40 |
| 2018-20 | SUPER LAWYERS RISING STAR |

**Presentations and Professional Education Programs**

December 2017  Advanced Trial Tactics
December 2016  Advanced Trial Tactics

Eric is most proud of the results he has garnered for his clients, including several significant seven-figure jury verdicts, more than $60,000,000.00 in single event personal injury jury verdicts, and more than $100,000,000.00 recovered for clients.

---



## Roy T. Willey IV

Email: Roy@akimlawfirm.com

**Education**
Harvard College, B.A.
Charleston School of Law, J.D., *cum laude*

Roy has been named among America's Top 100 High Stakes Litigators, a Super Lawyers Rising Star, and in the National Top 10 Under 40, and he is

9

well known for his community and professional involvement.  He has **achieved record results for his clients** and is **fond of encouraging all at the firm to treat each client like family**.

Nationally recognized as a **leader in complex, contract based, and high stakes litigation**, Roy is the Chairman of the Insurance Law Section for the American Association of Justice (AAJ), a national co-chair of AAJ's Business Interruption Litigation Taskforce, and the state Chairman of South Carolina Equality (which is responsible for winning legalization of same-sex marriage in South Carolina).  On the local level he serves on the executive board of his local Charleston County Bar Association and a host of other non-profit boards and committees.

In recoveries for clients he has had a jury verdict named among the largest verdicts in the nation, is a multi-year winner of top verdicts in South Carolina where he regularly tries complex cases, and he is regularly called on by political leadership for advice on complex issues.  He is a known **problem solver, with a servant's heart.**

**Bar Admissions**

- State Bar of South Carolina
- State Bar of Kentucky

- District of South Carolina
- District of Colorado
- Northern District of Illinois General Bar
- Northern District of New York
- Western District of Texas
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- 2nd Circuit Court of Appeals
- 4th Circuit Court of Appeals
- 9th Circuit Court of Appeals
- 11th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Commercial Litigation
- Products Liability Litigation

- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

**Cases Pending in MDL**

- Incretin Mimetics MDL (Southern District of California)
- Xarelto MDL (Eastern District of Louisiana)
- Talcum Powder MDL (District of New Jersey)
- Roundup MDL (Northern District of California)

**Professional and Philanthropic Involvement**

- AMERICAN ASSOC. FOR JUSTICE (AAJ) - INSURANCE SECTION
    Chairman, National Executive Board

- AAJ BUSINESS INTERRUPTION LITIGATION TASKFORCE
    National Co-Chair

- SOUTH CAROLINA EQUALITY
    Chairman of the Board

- CHARLESTON COUNTY BAR ASSOCIATION
    Executive Committee Member

**Selected Professional Awards & Recognition**

| | |
|---|---|
| 2014 | TOP 100 U.S. VERDICTS |
| 2016-18 | SC LAWYERS WEEKLY - TOP 10 JURY VERDICTS / SETTLEMENTS |
| 2017 | SC LAWYERS WEEKLY - MOST IMPORTANT COURT OPINIONS |
| 2016-17 | NAT'L ACADEMY OF PERSONAL INJURY ATTYS TOP 10 UNDER 40 |
| 2018-19 | AMERICA'S TOP 100 HIGH STAKES LITIGATORS |
| 2018-20 | SUPER LAWYERS RISING STAR |

**Professional Education Programs Presented**

- South Carolina Association of Justice Annual Conference
    Topic: FLSA and Collective Actions – Focusing on Certification
- South Carolina Small Firm Business Luncheon
    Topic: FLSA and Collective Actions – Focusing on Your Practice (March 2015)

- Wrongful Death Litigation Start to Finish CLE
        Topic: Upholding Ethical Standards in Wrongful Death Cases (February 2017)
- Ultimate Guide to Evidence CLE
  Topic: Using Motions to Exclude Evidence & Legal Ethics of Evid. (August 2017)
- Advanced Trial Tactics CLE - Topic: Ethics (December 2017)
- Legal Ethics: Top Challenges CLE
        Topic: Online Ethics & Duties to Prospective Clients (February 2018)
- Top Trial Strategies the Pros Use to Win Their Cases CLE
        Topic: Effective Exhibits and Courtroom Technology (November 2018)
- Webinar: Navigating Pre-Litigation Business Interruption Bad Faith Claims CLE
        Moderator (May 2020)

---



## Akim A. Anastopoulo

Email: Akim@akimlawfirm.com

**Education**
University of Louisville
University of South Carolina, J.D.

Akim has been practicing law for more than 30 years, representing tens of thousands of consumers and individuals who have been injured due to corporate malfeasance and negligence. He is the founder and chair of Anastopoulo Law Firm, a national law firm that has represented clients across the United States during that time.

**Bar Admissions**

- State Bar of South Carolina
- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

**Practice Areas**

- Complex Litigation
- Class Action Litigation

- Commercial Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Bad Faith Insurance Litigation
- Wrongful Death Litigation

---



### Constance A. Anastopoulo

Email: Constance@akimlawfirm.com

**Education**
University of Virginia, B.A.
University of North Carolina School of Law, J.D.

Constance Anastopoulo was the **2018 Democratic Nominee for SC Attorney General and won more votes than any other woman in SC history, including former Gov. Nikki Haley.** She currently serves as an associate professor at the Charleston School of Law, where she lectures on torts, insurance law, and professional responsibility. She has been named "Professor of the Year" and an honoree of the Black Law Students' Association for "Commitment to Bringing About Meaningful Legal and Political Change." She is currently of counsel at Anastopoulo Law Firm, where she is a trusted mentor and advisor to the firm's lawyers, including the firm's College and University Litigation Team.

**Bar Admissions**

- State Bar of South Carolina

- District of South Carolina
  (List Not Inclusive of *Pro Hac Vice* Admissions)

- United States Federal Court of Claims
- 4th Circuit Court of Appeals

**Practice Areas**

- Complex Litigation
- Appellate Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation
- Catastrophic Injury Litigation
- Bad Faith Insurance Litigation

## Litigation Leadership

In Re: Oxycontin, Plaintiffs' Class Counsel Committee (2005-2008)

Gaskins v. Southern Farm Bureau, 354 S.C. 416 (2003)
    Top ten most important decisions by SC Lawyers Weekly for 2003

## Professional and Philanthropic Involvement

- JAMES L. PETIGRU AMERICAN INN OF COURT
    Member
- INSTITUTE OF INTERNATIONAL AND COMPARATIVE LAW at STETSON UNIV.
    Visiting Professor
- THE RILEY INSTITUTE AT FURMAN UNIVERSITY
    Diversity Fellow
- LEAGUE OF WOMEN VOTERS CHARLESTON AREA
    Vice President, Board
- COLLEGE OF CHARLESTON WOMEN AND GENDER STUDIES
    Chair, Board of Advisors

## Professional Education Publications and Programs

- *A New Twist on Remedies:  Judicial Assignment of Bad Faith Claims*
    Indiana L. Rev., Vol. 50, No. 3 (2017)

- *Taking No Prisoners:  Captive Insurance as an Alternative to Traditional or Commercial Insurance* - 8 Ohio St. Entrepren. Bus. L.J. 209 (2013)

- *Race and Gender on the Bench:  How Best to Achieve Diversity in Judicial Selection*
    8 Nw. J. L. & Soc. Pol'y. 174 (2013).

- *Where's the Outrage: "Outrageous" Conduct in Analyzing the Tort of Intentional Infliction of Emotional Distress in the Wake of Snyder v. Phelps*

19 Tex. Wesleyan L. Rev. 667 (2013*)*

- *Bad Faith: Building a House of Straw, Sticks, or Bricks* - Memphis L. Rev., Vol. 43, Bk. 3 (2012)

- *Teaching Privacy in the Age of Octomom –Enhancing Case/Socratic Method with Structured Class Discussion,* 44 Val. U. L. Rev. 391 (2010)

- *Bad Faith in South Carolina Insurance Contracts:  From <u>Tyger River Pine Co. v. Maryland Cas. Co.</u> to <u>Mitchell v. Fortis Ins. Co.</u>* - 22 S.C. Law. 18 (July 2010).

- *Bad Faith in North Carolina Insurance Contracts: A Growing Part of Insurance Practice* - Published in June 2010 Issue of North Carolina Bar Journal.

- *How Judicial Selection Impacts the Criminal Justice System*
      <u>*Presenter*</u> *February 25, 2013*

- *The State of the Judiciary:  From Research to Reality <u>Organizer and Moderator</u>* of Panel presented at conclusion of the League of Women Voters of South Carolina's two-year study of the judicial selection process in South Carolina. University of South Carolina School of Law, Columbia, SC.  *August 10, 2012*

- *Insurance Law – Advanced Uninsured Motorist/Underinsured Motorist Law Seminar*
      <u>*Ethics Presenter*</u> -  Presenting on "Ethical Traps to Avoid"

- *Insurance Law –"Ethical Considerations" <u>Presenter</u>* - *December 6, 2011*

- *Judicial Selection in South Carolina*  Coastal Carolina University <u>*Moderator*</u> of panel consisting of Justice Kaye Hearn, S.C. Supreme Court; Counselor Leslie Caggiolla, counsel to Commission on Judicial Conduct; Rep. George Hearn, S.C. House of Representatives; Solicitor Ernest Finney, III;  and Judge Jennifer Wilson.

- *The Impact of the Judicial Process on Citizens; Why Does Judicial Diversity and Independence Matter* Francis Marion University <u>*Panelist/Presenter*</u>

- *Ensuring Judicial Independence and Diversity in South Carolina <u>Organizer and moderator</u>* of Forum.  *October 2010*

- *State Constitutional Reform in the New South* <u>Panelist/moderator</u> discussing judicial selection process in South Carolina with panelists including Chief Justice Jean H. Toal, Judge Alex Sanders, Rep James Smith, S.C. House of Representatives.

- *Judicial Selection in South Carolina – Ensuring Quality, Diversity, and Independence*

---



### Blake G. Abbott
Email: blake@akimlawfirm.com

**Education**
Illinois State University, B.S., Biology
Charleston School of Law, J.D., *cum laude*

Blake is an associate attorney that is currently involved in class action litigation. Eager to begin practicing, Blake graduated from Charleston School of Law in two years' time, and was a recipient of the Presidential Honors Scholarship. In addition to law school, Blake interned at the Medical University of South Carolina, served as the Sergeant at Arms on the Charleston School of Law Moot Court Board, and instructed as a Legal Research and Writing Fellow.

Prior to law school, Blake was a collegiate baseball player as well as a high school valedictorian. He enjoys staying active by golfing and running.

**Bar Admissions**

- State of South Carolina
- State of North Carolina

- District of South Carolina
- Northern District of New York
- District of Colorado

- 2nd Circuit Court of Appeals

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

**Honors**
- **Presidential Honors**
- **Charleston School of Law Dean's List**
- **CALI Award: Pleadings & Practice**
- **Moot Court Board Sergeant at Arms**
- **Phi Delta Phi Honors Society**

## Paul Doolittle

Email: pauld@akimlawfirm.com

**Education**
University of South Carolina, B.A.
University of South Carolina School of Law, J.D.

Mr. Doolittle is an experienced trial attorney who has been recognized for his courtroom skills and verdicts. He feels helping ordinary people have their day in court is a great honor. He is proud to help level the playing field for individuals and is relentless is seeking justice for his clients.

Mr. Doolittle attended the University of South Carolina School of Law for his legal education where he graduated in the top 20% of his class. After law school, Mr. Doolittle worked at Foster & Foster handling a vast array of cases from auto accidents to complex automobile dealer buy/sell transactions. After gaining experience in and out of the court room, Mr. Doolittle joined Motley Rice where he eventually became partner. Mr. Doolittle co-chaired the firm's Catastrophic Injury Group which was started to handle the firm's most complex and high damage cases at the firm. He stills hold the highest verdict ever received in a Minnesota asbestos trial. Since joining Anastopoulo Law Firm, Mr. Doolittle has worked in the firm's Class & Mass Action Division.

**Bar Admissions**

- State of South Carolina

● District of South Carolina

**Practice Areas**
● Complex Litigation
● Class Action Litigation
● Products Liability Litigation
● Mass Tort Litigation

## Jacqueline A. Dufour

Email: [jacquelined@akimlawfirm.com](mailto:jacquelined@akimlawfirm.com)

**Education**
St. Lawrence University, B.S.
Vermont Law School, J.D.

**Bar Admissions**

● State of South Carolina

**Practice Areas**
● Complex Litigation
● Class Action Litigation
● Products Liability Litigation
● Mass Tort Litigation

## Ralph D'Agostino III

Email: [ralph.dagostino@akimlawfirm.com](mailto:ralph.dagostino@akimlawfirm.com)

**Education**
Syracuse University, B.A.
Wake Forest University School of Law, J.D.

**Bar Admissions**

- Washington, D.C.

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation

---

## Chase Cobble

Email: chase.coble@akimlawfirm.com

**Education**
Elon University, B.A.
University of South Carolina School of Law, J.D.

---



## Stefan B. Feidler

Email: Stefan@akimlawfirm.com

**Education**
University of South Carolina, B.A.
Charleston School of Law, J.D.

Mr. Feidler is an experienced trial attorney who brings with him a passion for justice with a proven track record in the areas of medical malpractice, professional negligence liability, products liability, and personal injury litigation. Mr. Feidler is a zealous advocate with a compassion for his clients who seldom have a voice.

After law school, Mr. Feidler clerked for Circuit Court Judge Roger M. Young, Sr. It was during this experience that he realized his passion for trial litigation. Shortly after his clerkship, he began working for a boutique law firm focused on construction litigation and business disputes. Mr. Feidler quickly realized his knowledge and expertise was

better suited for victims of professional liability. That is when he joined Anastopoulo Law Firm. Since joining Anastopoulo Law Firm, Mr. Feidler has developed a very successful professional negligence department covering several states.

## Bar Admissions

- State of Georgia
- State of South Carolina
- U.S. Court of Federal Claims
- U.S. District Court of South Carolina
- U.S. Court of Appeals Federal Circuit

## Cases Pending in MDL

Incretin Mimetics MDL (Southern District of California)
Talcum Powder MDL (District of New Jersey)

## Practice Areas

- Professional Negligence
- Medical Malpractice
- Real Property
- Automobile Torts

## Professional Associations

- Professional Negligence Section of the AAJ, Chair, 2019 - Present
- Professional Negligence Section of the AAJ, Chair Elect, 2018 - 2019
- Professional Negligence Section of the AAJ, Editor-in-Chief, 2017 - 2018
- South Carolina Bar Wellness Committee, Committee Member, 2016 – Present
- South Carolina Young Lawyers Division, Member, 2014 – Present
- South Carolina Bar Elder Law Committee Member, 2016 - Present
- Charleston County Bar Association, Member, 2016 – Present
- South Carolina Bar Association, Member, 2014 – Present
- Horry County Bar Association, Member, 2015-2016

## Volunteer Service

- Charleston County Public Defender's Office, 2011-2013
- Mauli Ola Foundation - East Coast Chapter, Volunteer
- S.C. DNR Oyster Restoration and Enhancement, Volunteer
- Brazilian Jiu-Jitsu youth instructor for ages 5-12, Assistant Coach
- National Wild Turkey Federation and Ducks Unlimited, Member and Volunteer
- Certified: Abuse in Later Life: Cross-Training for Service Providers in S.C.
- Wheels to Surf and Adaptive Surf Project, Volunteer
- Surfrider Foundation, Pro Bono Attorney

---



## Matthew T. Foss

Email: Foss@akimlawfirm.com

**Education**
Coastal Carolina University, B.A.
Charleston School of Law, J.D.

A zealous advocate for victims of personal injury, Matt brings a new energy and vision to achieve favorable results for clients.

Matt worked as a law clerk at Anastopoulo Law Firm for three years prior to graduating from Charleston School of Law.  During this time, his passion for justice was cultivated in a fast-paced legal environment centered around the firm's core belief, "helping others who cannot help themselves."  Due to his desire to provide outstanding legal representation, Matt moved to Greenville, South Carolina in September of 2019 to reach a new geographical area of clients.  Matt tried his first case less than a month after becoming a practicing attorney that resulted in a $303,000 verdict.  Since then, he has filed several lawsuits, taken numerous depositions, and settled cases all over South Carolina.

During law school, Matt focused scholastic attention on pharmaceutical research and preemption, and he continues to monitor the progression of the opioid litigation through his involvement with the firm's pharmaceutical litigation team.

**Bar Admissions**

- State of South Carolina

**Practice Areas**

- Civil Litigation
- Personal Injury Litigation
- Motor Vehicle Litigation
- Landlord Tenant Law

---



## Herbert F. Glass

Email: Herb@akimlawfirm.com

**Education**

State University of New York at Albany, B.A.
Charleston School of Law, J.D.

Herb is a Senior Associate at Anastopoulo Law Firm and concentrates his practice in the areas of personal injury, general negligence, and products liability cases. Herb has successfully represented thousands of injured South Carolinians and recovered millions of dollars on their behalf due to the negligence of others, large corporations, and government entities. Herb recently recovered over $350,000.00 for a client who was rear ended by a careless driver.

Over the past five years, Herb has been an active member of the Charleston County Bar. Prior to joining Anastopoulo Law Firm, Mr. Glass worked at boutique civil litigation firm and represented people and small businesses throughout South Carolina.

**Bar Admissions**

- State of South Carolina

**Honors and Associations**

- Charleston School of Law Dean's List
- CALI Award for Future Excellence-Business Associations
- Finalist for the National Football Foundation National Scholar-Athlete of the Year Award presented by Fidelity Investments (2011)
- Semi-Finalist for the William V. Campbell Trophy (2011)
- Academic All-Conference (2008-2011)

**Selected Publications and Presentations**

*Workouts - The Various Tools in the Toolbox for Working out Troubled Real Estate*
*Loans*, January 2014, NBI (Assisted Senior Partner in drafting/uncredited)



## Tom Godfrey

Email: Tom@akimlawfirm.com

**Education**
> Limestone College, B.A.
> Charleston School of Law, J.D.

**Bar Admissions**

- State of South Carolina
- (North Carolina UBE transfer is pending)

**Honors**

- Charleston School of Law Presidential Scholar
- Cali Award—Wills, Trusts, and Estates
- Member, Moot Court Board
- Graduate of the Honors Program
- Lee Davis Lodge Award for Prose 2015
- Academic All-American (Men's Soccer) 2014
- NSCAA First-Team All-Region 2014/15

## Kathryn L. Harden

Email: kathryn@akimlawfirm.com

**Education**
Vanguard University of Southern California, B.A.
Charleston School of Law, J.D.

Prior to joining Anastopoulo Law Firm, Ms. Harden worked as a Law Clark/Attorney at Cobb Dill & Hammett, LLC. Ms. Harden then worked as an Associate Attorney at HawkLaw, P.A. Ms. Harden works relentlessly for her clients as an attorney in Anastopoulo Law firm's Litigation Department.

---



## Janek C. Kazmierski

Email: janekk@akimlawfirm.com

**Education**
University of Oregon
University of South Carolina School of Law, J.D.

After his military service as an officer in the United State Marine Corps, Mr. Kazmierski attended University of South Carolina School of Law. While in law school, he clerked for the Columbia, South Carolina law firm of Rogers, Townsend & Thomas, gaining valuable experience in civil litigation and transactional law. Afterwards, he worked as an attorney at Wilson Law Group, LLC, focusing on civil and criminal litigation. He represents injured persons in all areas of personal injury law such as car wrecks, medical malpractice, Workers' compensation, and premises liability.

**Practice Areas**
- Motor vehicle
- Wills and Probate
- Divorce and Family Law
- Medical Malpractice
- Personal Injury

---



## Lane D. Jefferies

Email: Lane@akimlawfirm.com
**Education**
Charleston School of Law, J.D, *summa cum laude*
  College of Charleston, B.S. in Biology, *summa cum laude*
St. Andrews Presbyterian College, B.A. in Business Administration

  Prior to becoming an attorney, Lane spent twenty years in business, during which he founded, built, and ultimately sold several businesses in the hospitality and yachting industries. At the Anastopoulo Law Firm, Lane leads the firm's Commercial and Construction Liability Division where he takes on the nation's largest corporations and construction firms.

**Bar Admissions**
- State of South Carolina

- District of South Carolina

**Honors/Achievements**

- 2013 National Tax Moot Court 1st Place team
- 2013 National Tax Moot Court Best Oralist
- 2014 National Tax Moot Court 1st Place team
- 2014 National Tax Moot Court Best Oralist
- 15 CALI Excellence for the Future Awards

---



## Joshua E. Jones

Email: Josh@akimlawfirm.com

**Education**
  University of South Carolina, B.A.
  Charleston School of Law, J.D.

  Josh graduated from the University of South Carolina with a degree in Criminal Justice before beginning his legal studies at Charleston School of Law. During law school, he began working at Anastopoulo Law Firm as a law clerk while also completing pro bono work with the Charleston County Probate Court. Since passing the

South Carolina Bar and being sworn in, he has been an associate attorney with the firm, assisting in cases involving auto incidents, premises liability, medical malpractice, and general negligence.

**Bar Admissions**
- State of South Carolina



## Brian P. Kerley, Jr.

Email: Kerley@akimlawfirm.com

**Education**
    University of South Carolina, B.A. in Criminal Justice
University of South Carolina School of Law, J.D.

Brian Kerley began his law career as an intern for the Richland County Public Defender in May of 2017 and has since gone on to work as a legal assistant for Kerley, Walsh, Matera, Cinquemani, P.C. Brian is an avid sports fan, particularly when it comes to football, and an American history buff.

---

## Julia Pirillo

Email: juliap@akimlawfirm.com

**Education**
West Virginia University, B.A.
West Virginia University College of Law, J.D.

**Bar Admissions**
- State of West Virginia

**Practice Areas**
- Complex Litigation
- Class Action Litigation
- Products Liability Litigation
- Mass Tort Litigation



## India Shaw

Email: India@akimlawfirm.com

**Education**
North Carolina A&T State University, B.A.
North Carolina Central University, J.D.

Dual licensed in the District of Columbia and South Carolina. India has been at Anastopoulo Law Firm in Charleston, SC since 2017. India grew up in Charleston, SC, where her desire to practice law began. She graduated from North Carolina Central University School of Law with a Certification in Taxation. Her time at the firm has involved helping clients navigate through traumatic incidents in civil litigation, as well as through financial and lien negotiations. Her goal with every client is to ensure they are on the right path to attaining justice. She also has a passion for serving the underserved, is a devoted runner, and is an active member of her church.

**Bar Admissions**

- District of Columbia
- State of South Carolina

## Andrew Smith

Email: andrew.smith@akimlawfirm.com

**Education**
College of Charleston, B.A.
Charleston School of Law, J.D., *summa cum laude*

## Lisa M. Whiteleather

Email: lisa.whiteleather@akimlawfirm.com

Education
Salisbury University, B.A.

University of Baltimore School of Law, J.D.



### L. Crayton Williams
**Education**

College of Charleston (Honor's College), B.S., *cum laude*
Charleston School of Law, J.D., *magna cum laude*

Crayton Williams has devoted his entire practice to the representation of injured plaintiffs and diligently fighting to advance their interests.  Initially, he focused his efforts in the area of health insurance subrogation, working to maximize the recovery amounts for personal injury clients by negotiating and managing the liens of various health insurers. Currently, Crayton is a Plaintiffs' attorney who seeks justice and compensation for his injured clients in their actions against various tortfeasors, focusing primarily on motor vehicle accidents and premises liability cases.  He prides himself on being both a compassionate and zealous advocate, and he is grateful to have the opportunity to represent his individual clients in their fights against both individual wrongdoers and the largest of insurers and corporations.

In law school, Crayton was an active member of the Charleston Law Review, Honor Council, and the Student-Faculty Committee.  Additionally, he pursued his interest in civil liberties, serving as an extern for the American Civil Liberties Union of South Carolina, where he participated in a court observation and data collection project sponsored by the National Association of Criminal Defense Lawyers and the ACLU.

**Bar Admissions**

- State of South Carolina

**Honors**

- CALI Excellence for the Future Award Recipient
  - Legal Research, Analysis, and Writing I
  - Legal Research, Analysis, and Writing II
- Charleston Law Review member
- Honor Council (Vice Chair of Public Relations)
- Student-Faculty Committee (Co-Chair)
- Member of Presidential Honors Program

**Publications**

CofC bachelor's essay "Attachment Style in College Students: Family Origins and Mental Health Correlates" selected for publication in *Chrestomathy: Annual Review of Undergraduate Research*

---

## Bassel Zeitouni

Email: [bassel@akimlawfirm.com](mailto:bassel@akimlawfirm.com)

**Education**

North Carolina Central University School of Law, J.D.