IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: SUFFOLK UNIVERSITY COVID
REFUND LITIGATION

THIS DOCUMENT RELATES TO:
 ALL ACTIONS

Master File No.: 1:20-cv-10985-WGY

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal, with

prejudice, of all of Plaintiffs' claims against Defendant Suffolk University.

Plaintiffs are former Suffolk students who allege "breach of an implied contract and unjust

enrichment due to Suffolk's transition to a fully online program in light of the COVID-19

Pandemic." Dkt. 145 at 1. This Court stayed and administratively closed this case in November

2022 following its denial of Plaintiffs' motion for class certification. *See* Dkt. 171. The First

Circuit denied Plaintiffs' Rule 23(f) Petition seeking review of this court's class certification

decision in February 2023. *See* Dkt. 175.

On August 9, 2023, Governor Maura Healey signed into law Section 80 of the Outside

Sections of Massachusetts' Fiscal Year 2024 Budget, entitled "Higher Education COVID-19

Limited Liability," including statutory provision Section 80(b). *See* 2023 Mass. St., c. 28 § 80,

available at https://perma.cc/QR8NS282%20. This new statute grants Massachusetts colleges and

universities like Suffolk immunity from civil liability for monetary damages or equitable monetary

relief based on those institutions' transition to remote instruction in response to the COVID-19

pandemic during the Spring 2020 semester. *See* Dkt. 180.

On March 13, 2024, the First Circuit issued its decision in *Dutra v. Trustees of Boston*

*University*, unanimously affirming summary judgment for Boston University based on Section

80(b) and rejecting the plaintiffs' state and federal constitutional retroactivity challenges to Section 80(b). *See Dutra v. Trustees of Boston University*, 96 F.4th 15, 25 (1st Cir. 2024).

On March 21, the parties in this action jointly moved to stay this case pending issuance of the mandate in *Dutra*. *See* Dkt. 182.

On May 22, the First Circuit denied the *Dutra* plaintiffs' petition for panel rehearing or rehearing en banc, and on May 30, the mandate in *Dutra* issued.

Accordingly, in light of Section 80(b) and *Dutra* and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to dismissal, with prejudice, of all of Plaintiffs' claims against Defendant Suffolk University in this action, with each party bearing its own fees and costs.

DATED:  June 5, 2024                          Respectfully submitted,

By:                                                    By */s/ Kathleen M. Sullivan*
*/s/ Paul J. Doolittle* (with permission)      Kathleen M. Sullivan (BBO # 551053)
Paul J. Doolittle, Esq.                         Crystal Nix-Hines (pro hac vice)
SC Fed. Bar No. 6012                            Shon Morgan (pro hac vice)
POULIN | WILLEY | ANASTOPOULO, LLC  Marina Lev (pro hac vice)
32 Ann Street Charleston, SC 29403              QUINN EMANUEL URQUHART &
(T): (803) 222-2222                             SULLIVAN, LLP
(F): (843) 494-5536                             865 S. Figueroa Street, 10th Floor
Email:                                          Los Angeles, CA  90017
Paul.doolittle@poulinwilley.com                 Tel. (213) 443-3000
                                                crystalnixhines@quinnemanuel.com
                                                kathleensullivan@quinnemanuel.com
David Pastor, Esq                               shonmorgan@quinnemanuel.com
BBO # 391000                                    marinalev@quinnemanuel.com
PASTOR LAW OFFICE, PC 63 Atlantic
Avenue, 3ª Floor Boston, MA 02110
Tel: (617) 742-9700                             Harvey Wolkoff (BBO No. 532880)
 Facsimile: (617) 742-9701                      Alex H. Loomis (BBO No. 699129)
Email: dpastor@pastorlawoffice.com              QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
                                                111 Huntington Avenue, Suite 520
                                                Boston, MA 02199
*Attorneys for Plaintiffs Julia Durbeck, Anna*  Tel: (617) 712-7100
*Francesca Foti, Mary Ann Foti*                 harveywolkoff@quinnemanuel.com
                                                alexloomis@quinnemanuel.com

                                                *Attorneys for Defendant Suffolk University*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing document was served on all counsel of record on June

5, 2024 using the Court's ECF system, which will send a notification of such filing.


     */s/ Kathleen M. Sullivan*
     Kathleen M. Sullivan

4